UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERRICK BROWN, | ) | Case No. CV 10-8004 DSF (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| K. HARRINGTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 8/6/12

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE